NUMBER 13-01-651-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


RAGON INVESTMENTS CORP., FOR ITSELF AND ON BEHALF OF PURCHASERS AND 

PROSPECTIVE PURCHASERS OF LOTS WITHIN WHAT IS KNOWN AS THE 

FOREST NORTH SUBDIVISION , Appellant,


v.


THE TEXAS DEPARTMENT OF TRANSPORTATION, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 107th District Court

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N


Before Chief Justice Valdez and Justices Hinjosa and Yañez

Opinion Per Curiam

 
 Appellant, RAGON INVESTMENTS CORP., FOR ITSELF AND ON BEHALF OF PURCHASERS AND
PROSPECTIVE PURCHASERS OF LOTS WITHIN WHAT IS KNOWN AS THE FOREST NORTH SUBDIVISION ,
perfected an appeal from an order entered by the 107th District Court of Cameron County, Texas, in cause number
2001-08-3466-A . After the notice of appeal was filed, appellant filed a motion for voluntary dismissal of the appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 1st day of November, 2001 .